**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-7184**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD GEORGE MAXWELL, a/k/a Slider,

Defendant - Appellant.

─────────────

**No. 97-7266**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LLOYD GEORGE MAXWELL, a/k/a Slider,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the District of
Maryland, at Baltimore. Benson E. Legg, District Judge. (CR-87-
371-HM, CA-96-261-L, CA-96-941-L)

Submitted:  March 12, 1998          Decided:  March 23, 1998

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

No. 97-7184 dismissed and No. 97-7266 affirmed by unpublished per curiam opinion.

Lloyd George Maxwell, Appellant Pro Se.  John Vincent Geise, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Lloyd George Maxwell appeals from the district court's denial of his 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997) motion, his motion for a certificate of appealability under 28 U.S.C.A. § 2253 (West 1994 & Supp. 1997), and his motion to reconsider both of those orders. We dismiss No. 97-7184 as untimely and affirm the district court's orders in No. 97-7266.

The district court denied Maxwell's § 2255 motion on November 8, 1996 and denied a timely motion for reconsideration on December 12, 1996. On July 29, 228 days after denial of the motion for reconsideration, Maxwell noted an appeal, No. 97-7184.

When an appellant claims no notice of an entry of judgment, he has 180 days from the entry of judgment to move for an extension of the appeal period. See Fed. R. App. 4(a)(6). Maxwell filed a notice of appeal, unaccompanied by a motion for an extension, more than 180 days after entry of judgment. The district court therefore lacked the authority to extend the appeal period, and we thus lack jurisdiction to consider the appeal. For that reason, we dismiss No. 97-7184 as untimely.

As for Maxwell's appeal from the district court's denial of his motion for a certificate of appealability, No. 97-7266, we note that Maxwell's § 2255 motion was filed in the district court prior to the April 1996 effective date of the Anti-Terrorism and Effective Death Penalty Act, which requires such certificates in § 2255 appeals. Since no certificate of appealability is necessary in this appeal, we affirm the district court's denial.

3

Finally, Maxwell has moved for appointment of counsel to assist in a petition for rehearing unrelated to either of these appeals. For that reason, we deny it. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

No. 97-7184 - <u>DISMISSED</u>

No. 97-7266 - <u>AFFIRMED</u>

4